Pensacola and Atlantic Railroad Company, a corporation under the laws of Florida, Appellant, vs. Alonzo W. Weeks, Appellee.

### DIVISION A.

Appeal from Circuit Court, Jackson county; John F. White, Judge.

*W. A. Blount* and *J. H. Carter,* for Appellant.

*Benj. S. Liddon,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.